

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00104-CV

Russell **CALLAHAN**,
Appellant

v.

Barbara Susan **JUDKINS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI05321
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the appellant, Russell Callahan.

SIGNED April 22, 2020.

_____
Rebeca C. Martinez, Justice